IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| | ) | |
| THE PLAN COMMITTEE OF | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| Appellee. | ) | |

**THE PLAN COMMITTEE'S DESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUE TO BE PRESENTED ON APPEAL**

The Plan Committee (the "Plan Committee") appointed in the above-captioned chapter 11 case of NorthWestern Corporation ("NOR") pursuant to Section 7.9 of NOR's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") [Docket No. 2020], by and through its undersigned counsel, in connection with its appeal[1] of the Order Denying the Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions, entered on the docket by this Court on February 7, 2006 [Docket No. 3438], hereby files

---

[1] The Plan Committee's Notice of Appeal was filed on February 7, 2006 [Docket No. 3441].

617457v1

this Designation of Items to be Included on the Record on Appeal and Statement of Issue to be Presented to the United States District Court for the District of Delaware.

| Appellant's Exhibits | Docket No. | Item Description |
|---|---|---|
| | **03-12872** | |
| 1 | 197 | Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof. |
| 2 | 1123 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation. |
| 3 | 1351 | First Amended Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code. |
| 4 | 1352 | First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor. |
| 5 | 1373 | Order (I) Approving the Debtor's First Amended Disclosure Statement, (II) Authorizing Solicitation of Votes, (III) Scheduling a Hearing on Confirmation of the Joint Plan of Reorganization, (IV) Establishing Notice Requirements Regarding the Confirmation Hearing and Approving the Form and Manner of Notice, and (V) Granting Related Relief Respecting the Debtor's First Amended Plan of Reorganization. |
| 6 | 1845 | Order Approving Settlement Between Debtor and Comanche Park LLC. |
| 7 | 1924 | Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code. |
| 8 | 1926 | Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor. |
| 9 | 1951 | Motion to Approve Motion Pursuant to Sections 105(a), 363(b) and 502(c) of the Bankruptcy Code for Estimation of Magten Asset Management's Claim and to Establish Disputed Claim Reserve Filed by NorthWestern Corporation. |
| 10 | 2020 | Amended Chapter 11 Plan - Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code Filed by NorthWestern Corporation (including all attachments thereto). |

| | | |
|---|---|---|
| 11 | 2021 | Amended Disclosure Statement - Second Amended and Restated Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor Filed by NorthWestern Corporation (including all attachments thereto). |
| 12 | 2033 | Order (A) Approving the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement, (B) Setting a Record Date for Voting Purposes, (C) Authorizing Resolicitation of Votes, (D) Scheduling a Continued Hearing on Confirmation of Second Amended and Restated Plan of Reorganization, (E) Establishing Notice Requirements Regarding the Continued Confirmation Hearing and Approving the Form and Manner of Notice, and (F) Granting Related Relief. |
| 13 | 2056 | Motion for Estimation of PPL Montana LLC's Claim and to Establish Disputed Claims Reserve. |
| 14 | 2089 | Transcript of Hearing held on August 20, 2004 before the Honorable Charles G. Case, II. |
| 15 | 2090 | Transcript of Hearing held on August 25, 2004 before the Honorable Charles G. Case, II. |
| 16 | 2170 | Affidavit of Christopher R. Schepper Regarding Tabulation of Votes in Connection with the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code. |
| 17 | 2175 | Memorandum Decision Regarding Magten's Objection to Motion to Approve MOU Signed on 10/07/2004. |
| 18 | 2183 | Order and Stipulation Resolving Section III of the Limited Objection of PPL Montana, LLC to Confirmation of the Debtor's First Amended Plan of Reorganization and the Debtor's Motion for Estimation of PPL Montana LLC's Claim and to Establish Disputed Claim Reserve. |
| 19 | 2192 | Transcript of Hearing held on September 15, 2004. |
| 20 | 2230 | Order Approving Memorandum of Understanding |
| 21 | 2234 | Transcript of Hearing held on October 6, 2004 |
| 22 | 2238 | Order Confirming Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code. |
| 23 | 2256 | Emergency Motion To Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization Filed by Magten Asset Management Corp (including all attachments thereto). |
| 24 | 2259 | Plan Supplement re Second Non-Material Modification to Debtor's Second Amended and Restated Plan of Reorganization under Chapter |

|     |      |                                                                                                                                                                                                                                                               |
| --- | ---- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |      | 11 of the Bankruptcy Code.                                                                                                                                                                                                                                    |
| 25  | 2262 | Official Committee of Unsecured Creditors' Objection to Emergency Motion of Magten Asset Management Corporation for Stay Pending Appeal of Order Confirming Debtor's Second Amended and Restated Plan of Reorganization                                       |
| 26  | 2263 | Debtor's Objection to Emergency Motion of Magten Asset Management Corporation for Stay Pending Appeal of Order Confirming Debtor's Second Amended and Restated Plan of Reorganization.                                                                        |
| 27  | 2266 | Notice of Appeal. Appeal Number 04-111 Filed by Magten Asset Management Corp.                                                                                                                                                                                 |
| 28  | 2270 | Notice of Establishment of Claim Reserve Pursuant to Section 7.5 of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code and Paragraph 27 of the Confirmation Order Filed by NorthWestern Corporation.         |
| 29  | 2274 | Order Denying Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization.                                                                      |
| 30  | 2276 | Transcript of Hearing held on October 8, 2004 before the Honorable Charles G. Case, II.                                                                                                                                                                       |
| 31  | 2300 | Notice of (A) Entry of Order Confirming The Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code and (B) The Occurrence of the Effective Date.                                                                 |
| 32  | 2311 | Order Approving Settlement Between Debtor, Cornerstone Propane Partners, L.P. And Cornerstone Propane, L.P.                                                                                                                                                   |
| 33  | 2317 | Order and Stipulation Establishing a Disputed Claims Reserve Signed on 11/03/2004.                                                                                                                                                                            |
| 34  | 2326 | Order Approving Stipulation Between Northwestern Corporation and Cornerstone Energy Limited Partnership (including all attachments thereto).                                                                                                                  |
| 35  | 2519 | Notice of Substantial Consummation of the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code.                                                                                                                |
| 36  | 2732 | Order Approving Stipulation by and Between the Debtor and Law Debenture Trust Company of New York.                                                                                                                                                            |
| 37  | 2832 | Joint Motion to Approve Settlement Between NorthWestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York (including all attachments                                                                               |

| | | thereto) Filed by Magten Asset Management Corporation and Law Debenture Trust Company of New York. |
|---|---|---|
| 38 | 2833 | Affidavit/Declaration of Service of Gary L. Kaplan (including all attachments thereto). |
| 39 | 2866 | Plan Committee's Objection To Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules Of Bankruptcy Procedure (including all attachments thereto). |
| 40 | 2867 | Objection of Ad Hoc Committee of Class 7 Debtholders to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York. |
| 41 | 2868 | Northwestern Corporation's Objection to the Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Approving Settlement. |
| 42 | 2871 | Affidavit of Karol Denniston - Related to Debtor's Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Approving Settlement (including all attachments thereto). |
| 43 | 2873 | Notice of Amendment to Plan Committee By-Laws in Connection with the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code. |
| 44 | 2880 | Joint Reply to the Objections of Northwestern Corporation, the Plan Committee and the Ad Hoc Committee to the Joint Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York. |
| 45 | 2881, 2966 | Affidavit /Declaration of Gary L. Kaplan (including attachments thereto, but *not including* Exhibits "R" and "S" pursuant to Order [Docket No. 2966] dated April 06, 2005 that Exhibits "R" & "S" to the Kaplan Declaration shall be removed from the Court's Docket). |
| 46 | 2910 | Memorandum Opinion Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York. |
| 47 | 2911 | Order Denying Joint Motion of Magten Asset Management |

| | | |
|---|---|---|
| | | Corporation and Law Debenture Trust Company of New York. |
| 48 | 2919 | Notice of Appeal. Appeal Filed by Law Debenture Trust Company of New York, as Indenture Trustee, Magten Asset Management Corp. |
| 49 | 2936 | Transcript of Hearing held on March 8, 2005 before the Honorable John L. Peterson. |
| 50 | 2985 | Complaint to Revoke Order of Confirmation Pursuant to Section 1144 of the Bankruptcy Code and Rule 7001(5) of the Federal Rules of Bankruptcy Procedure and for Breach of Fiduciary Duty by Magten Asset Management Corporation, Law Debenture Trust Company of New York against NorthWestern Corporation, Gary G. Drook, Michael J. Hanson, Brian B. Bird, Thomas J. Knapp, Roger P. Schrum. |
| 51 | 3195 | Order Granting Motion to Authorize and Approve Stipulation of Settlement Between Northwestern Corporation and Certain Members of the Northwestern Corporation Cash Balance Supplemental Executive Retirement Plan and the Northwestern Energy Executive Long-Term Incentive Plan. |
| 52 | 3201 | Order Authorizing Northwestern to Enter into Stipulations of Settlement with Certain Members of the Northwestern Corporation Supplemental Income Security Plan, the Northwestern Public Service Company Deferred Compensation Plan for Non-Employee Directors, and the Northwestern Public Service Company Directors' Retirement Plan. |
| 53 | 3204 | Order Authorizing Northwestern to Enter into Stipulations of Settlement with Certain Individuals with Retirement or Consulting Agreements. |
| 54 | 3214 | Order Authorizing Debtor to Enter Into Stipulation of Settlement With the Claimants Under the Montana Power Company Benefit Restoration Plan. |
| 55 | 3257 | Order Approving Stipulation Between Northwestern Corporation and Herman Gonzales, Fawn Lyons, Ken Laudato and Other Similarly Situated Putative Class Action Plaintiffs. |
| 56 | 3260 | Order Approving the Settlement Agreement Between Kenneth Kovack, as Personal Representative for the Estate of Donald Kovack, Francine Kovack and Diane Kovack (Colton) (Claim No 1082). |
| 57 | 3261 | Order Approving the Settlement Agreement Between Northwestern Corporation, Douglas Nelson and Shila Fisher (Claim No 512). |
| 58 | 3262 | Order Approving Settlement Agreement Between Northwestern Corporation and Rebecca Meyer, as Personal Representative for the |

| | | |
|---|---|---|
| | | Estate of Orval Meyer (Claim No 944). |
| 59 | 3263 | Order Allowing the Claims of Skadden Arps Slate Meagher & Flom (Claim No. 361), Kurt Whitesel (Claim No. 614) and Cendant Mobility (Claim No. 693). |
| 60 | 3264 | Order Approving Settlement Between Northwestern Corporation and Daniel Newell (Claim No. 759). |
| 61 | 3265 | Order Approving Settlement Agreement Between Northwestern Corporation and Milbank, Tweed, Hadley & McCloy LLP (Claim No. 312). |
| 62 | 3266 | Order Approving Settlement Agreement Between Northwestern Corporation and First Interstate Bank and Missoula Parking Commission (Claim No. 1086). |
| 63 | 3267 | Order Approving Settlement Agreement Between Northwestern Corporation, Roger Rohr and Carol Rohr (Claim No. 793). |
| 64 | 3268 | Order Approving Stipulation by, Between and Among Northwestern Corporation, Netexit, Inc. and John Charters Resolving Northwestern Claim Number 559 and Netexit Claim Numbers 157 and 158. |
| 65 | 3272 | Order Approving Settlement Between Northwestern Corporation and James J. Murphy (Claim No. 825). |
| 66 | 3273 | Order Approving Settlement Between Northwestern Corporation and Merle Lewis (Claim Nos. 489 and 1081). |
| 67 | 3274 | Order Approving Settlement Between NorthWestern Corporation and Richard R. Hylland (Claim Nos. 695, 696 and 813). |
| 68 | 3286 | Order Approving Stipulation by and Between Northwestern Corporation and Linda Lindeman (Claim No. 548). |
| 69 | 3290 | Order Approving Settlement by and Between Northwestern Corporation and Michael Young (Claim No. 827). |
| 70 | 3291 | Order Approving Allowance of Claims of Patrick Coleman (No. 915). |
| 71 | 3297 | Motion for Order Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Settlement Agreement with PPL Montana, LLC and PPL Global, LLC. |
| 72 | 3307 | Order Authorizing and Approving Settlement Agreement of Debtor With PPL Montana, LLC and PPL Global, LLC. |
| 73 | 3308 | Motion to Authorize and Direct Northwestern Corporation to Distribute Surplus Distributions. |

| | | |
|---|---|---|
| 74 | 3315 | Order Approving Stipulation by and Among Northwestern Corporation, Revenue Management (Claim Number 62), AT&T Corporation (Claim Numbers 193 and 1080) and Contrarian Capital Trade Claims L.P. (Claim Number 1067). |
| 75 | 3317 | Order Approving Stipulation by and Between Northwestern Corporation and Minerals Management Service (Claim No. 1040). |
| 76 | 3322 | Joinder of Ad Hoc Committee of Class 7 Debtholders to Motion of Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions Filed by Ad Hoc Committee of Class 7 Debtholders. |
| 77 | 3325 | Joint Objection of Magten Asset Management Corp. and Law Debenture Trust Company of New York to Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions. |
| 78 | 3327 | Response to Plan Committee's Motion for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions Filed by Richard R. Hylland. |
| 79 | 3329 | Response to Plan Committee's Motion For Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions Filed by First Interstate Bank and the Missoula Parking Commission. |
| 80 | 3342 | Order Granting Debtor's Objection to Claim Number 171 of Bear, Stearns & Co., Inc. (Books and Records - Substantive). |
| 81 | 3361 | Order Approving Stipulation and Order Further Adjourning Time and Date of Hearing on the Motion Filed by The Plan Committee and Joint Motion Filed by Franklin Mutual Advisers, LLC and The Plan Committee. |
| 82 | 3377 | Order Granting Debtor's Thirteenth Omnibus Objection to Expanets Claims (Substantive). |
| 83 | 3381 | Order Approving Stipulation Between Northwestern Corporation and the Confederated Salish and Kootenai Tribes of the Flathead Nation (Claim Nos. 674 and 1046). |
| 84 | 3388 | Order Approving Second Stipulation and Order Further Adjourning time and Date of Hearing on the Motion Filed by the Plan Committee and Joint Motion Filed by Franklin Mutual Advisers, LLC and the Plan Committee. |
| 85 | 3405 | Response to Motion of Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing |

|    |      | |
|----|------|---|
|    |      | NorthWestern Corporation to Distribute Surplus Distributions Filed by NorthWestern Corporation. |
| 86 | 3410 | Motion for Leave to File an Omnibus Reply to (I) Joint Objection of Magten Asset Management Corporation and Law Debenture Trust Company and (II) Northwestern Corporation's Response to Motion of Plan Committee In Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions Filed by Plan Committee (including all attachments thereto). |
| 87 | 3415 | Order Granting Plan Committee's Motion for Leave to File an Omnibus Reply to (I) Joint Objection of Magten Asset Management Corporation and Law Debenture Trust Company and (II) Northwestern Corporation's Response to Motion of Plan Committee In Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions. |
| 88 | 3428 | Order Approving Stipulation and Agreed Order Between Northwestern Corporation and Mattson Plaintiffs Regarding Resolution of Certain Disputes. |
| 89 | 3433 | Certification of Counsel Seeking Entry of Order with respect to Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions. |
| 90 | 3434 | Letter Responding to NorthWestern's submission of a proposed form of Order denying the Plan Committee's Motion in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions Filed by Magten Asset Management Corp. |
| 91 | 3437 | Transcript of Hearing held on January 11, 2006 before the Honorable John L. Peterson. |
| 92 | 3438 | Order Denying Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions. |
| 93 | 3441 | Notice of Appeal of Order Denying Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing Northwestern Corporation to Distribute Surplus Distributions. |
| 94 |      | Proof of Claim filed by Magten Asset Management Corporation. |
| 95 |      | Proof of Claims filed by Law Debenture Trust Company of New |

|  |  | York. |
|---|---|---|
|  | **04-53324** |  |
| 96 | 1 | Complaint by Magten Asset Management Corporation, Law Debenture Trust Company of New York against Northwestern Corporation. |
| 97 | 25 | Under Advisement Decision Re: Motion to Dismiss. |
| 98 | 27 | First Amended Complaint to Avoid the Transfer of Assets of Clark Fork and Blackfoot LLC (f/k/a Northwestern Energy LLC) to Northwestern Corporation. |
| 99 | 50 | Transmittal of Record of Motion to Withdraw the Reference to the U.S. Bankruptcy Court and for Consolidation with Civil Action #04-1256, which is currently before Honorable Joseph J. Farnan, Jr. in the U.S. District Court for the District of Delaware. |
| 100 | 52 | Order Regarding Motion and Memorandum of Law in Support of Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference to Bankruptcy Court. |
| 101 | 58 | Notice of Docketing on Motion Withdrawing the Reference (Civil Action #04-1494). |
|  | **05-50866** |  |
| 102 | 1 | Complaint to Revoke Order of Confirmation Pursuant to Section 1144 of the Bankruptcy Code and Rule 7001(5) of the Federal Rules of Bankruptcy Procedure and for Breach of Fiduciary Duty by Magten Asset Management Corporation, Law Debenture Trust Company of New York against NorthWestern Corporation, Gary G. Drook, Michael J. Hanson, Brian B. Bird, Thomas J. Knapp, Roger P. Schrum. |
| 103 | 17 | Order Granting in Part and Denying in Part Defendants' Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint. |
|  | **District Court 04-1389** |  |
| 104 | 16 | Order Denying Motion for Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization. |
| 105 | 17 | Transcript of hearing held on October 29, 2004 before Honorable Kent A. Jordan. |

STATEMENT OF ISSUE ON APPEAL

Whether the Bankruptcy Court erred in denying the Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions [Docket No. 3308] on the grounds that the Plan did not require NOR to make Surplus Distributions, as defined by Sections 1.183 and 7.7 of the Plan, prior to the resolution of all disputed claims.

Dated:   February 16, 2006

THE BAYARD FIRM

By: _____
Neil B. Glassman (No. 2087)
Charlene Davis (No. 2336)
Eric M. Sutty (No. 4007)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

-and-

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
Alan W. Kornberg
Margaret A. Phillips
Ephraim I. Diamond
1285 Avenue of the Americas
New York, New York 10019
Telephone No.: (212) 373-3000
Facsimile No.: (212) 757-3990

Attorneys for the Plan Committee