IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>                      Reorganized Debtor.<br><br>THE PLAN COMMITTEE OF<br>NORTHWESTERN CORPORATION<br>                      Appellant,<br>      v.<br><br>NORTHWESTERN CORPORATION,<br><br>                      Appellee. | Chapter 11<br><br>Case No. 03-12872 (JLP) |

## MAGTEN ASSET MANAGEMENT CORPORATION'S AND LAW DEBENTURE TRUST COMPANY OF NEW YORK'S JOINT DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Magten Asset Management Corporation ("Magten") and Law Debenture Trust Company of New York ("Law Debenture"), in its capacity as Indenture Trustee of the Series A 8.45% Quarterly Income Preferred Securities, by and through their undersigned counsel, hereby file this Joint Designation of Additional Items to be Included in the Record on Appeal to be Presented to the United Stated District Court for the District of Delaware in response to the (i) Plan Committee's Designation and Statement of Issue on Appeal from the Order Denying the Plan Committee Motion in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions, filed on February 16, 2006 [03-12872 Bankr. Docket No. 3446] and (ii) Joinder of the Ad Hoc Committee of Class 7 Debtholders to the Plan Committee's Designation of Items to be Included in the Record on Appeal and Statement of Issue to be Presented on Appeal [03-12872 Bankr. Docket No. 3448] filed on February 17, 2006.

900200.00001/40160168v.1

## Designation of Additional Items to be Included in the Record on Appeal

| No. | Docket No. | Description |
|---|---|---|
|  | **03-12872** |  |
| 1. | 930 | Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 2. | 931 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Plan of Reorganization of the Debtor (including all attachments thereto) |
| 3. | 959 | Magten Motion for Relief from Stay to Commence Adversary Proceeding Seeking to Avoid Fraudulent Transfer (including all attachments thereto) |
| 4. | 1142 | Transcript of Hearing on March 10, 2004 |
| 5. | 1203 | Magten Objection to the Debtor's Motion for an Order (a) Approving Debtor's Proposed Disclosure Statement; (b) Establishing Procedures for Solicitation and Tabulation of Votes on Debtor's Plan of Reorganization; (c) Approving the Form and Manner of Notice; (d) Scheduling a Hearing on Confirmation; and (e) Granting Related Relief |
| 6. | 1219 | Magten Objection to the Debtor's Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Memorandum of Understanding |
| 7. | 1272 | Magten's Motion to Deny Statement Pursuant to Section 328(c) Regarding Paul Hastings Janofsky & Walker LLP (including all attachments thereto) |
| 8. | 1317 | Transcript of Hearing on April 8, 2004 |
| 9. | 1394 | Magten Objection to Debtor's Motion for an Order approving Stipulation among Debtor, Clark Fork and Blackfoot, LLC, Atlantic Richfield Company, United States, State of Montana and the Confederated Salish and Kootenai Tribes (including all attachments thereto) |
| 10. | 1490 | Stipulation of Settlement between NorthWestern and Settling Parties (including all attachments thereto) |
| 11. | 1502 | Motion of Magten to Disqualify Paul, Hastings, Janofsky & Walker LLP (including all attachments thereto) |
| 12. | 1653 | Transcript of June 21, 2004 Hearing |
| 13. | 1664, 1666 | Motion of Magten for Leave to File a Reply in Support of its Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP (including all attachments thereto) |
| 14. | 1674 | Order Approving (1) Stipulation between Debtor, Clark Fork and Blackfoot, LLC, Atlantic Richfield Company, United States, State of Montana, and Salish and Kootenai Tribes and (2) Debtor's Motion for Order pursuant to Bankruptcy Rule 9019 approving Settlement Agreement among Debtor, Clark |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Fork and Blackfoot, LLC, and Atlantic Richfield Company |
| 15. | 1707 | Order Granting Motion of Magten for Leave to File a Reply in Support of its Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 16. | 1751 | Memorandum Decision (Re: Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP) |
| 17. | 1799 | Magten's Motion for Reconsideration of the Court's Order Denying Magten's Motion to Disqualify Paul Hastings Janofsky & Walker LLP (including all attachments thereto) |
| 18. | 1801 | Magten's Objection to Confirmation |
| 19. | 1803 | Law Debenture's Objection to Confirmation |
| 20. | 1870 | Objection of Magten to Confirmation of the Debtor's First Amended Plan of Reorganization (including all attachments thereto) |
| 21. | 1871 | Law Debenture's Memorandum of Law in Support of Objection to Confirmation of Debtor's First Amended Plan of Reorganization |
| 22. | 1895 | Magten's Notice of Completion of Briefing on Motion for Reconsideration of the Court's Order Denying Magten's Motion to Disqualify Paul, Hastings, Janofsky & Walker LLP |
| 23. | 1901 | Debtor's Omnibus Reply to Objections to Debtor's Plan of Reorganization (including all attachments thereto) |
| 24. | 1918 | Law Debenture's Request for Expedited Teleconference on Emergency Motion of Law Debenture to Adjourn the Debtor's Confirmation Hearing |
| 25. | 1919 | Emergency Motion of Law Debenture to Adjourn the Debtor's Confirmation Hearing |
| 26. | 1925 | Amended Chapter 11 Plan Blackline of Second Amended and Restated Plan of Reorganization |
| 27. | 1927 | Blackline of Second Amended and Restated Disclosure Statement |
| 28. | 1940 | Joinder of Magten to Emergency Motion of Law Debenture to Adjourn the Debtor's Confirmation Hearing |
| 29. | 1942 | Order Denying Motion for Reconsideration of the Court's Order Denying Magten's Motion to Disqualify Paul Hastings Janofsky & Walker LLP. |
| 30. | 1975 | Magten's Notice of Appeal of Memo Decision Denying Magten's Motion to Disqualify Debtor's Counsel Paul, Hastings, Janofsky & Walker LLP (AP #04-83) |
| 31. | 1988 | Response of Magten to the Debtor's Motion for an Order (A) Approving Debtor's Second Amended Disclosure Statement and Summary Disclosure Statement; (B) Establishing Procedures for Limited Resolicitation and Tabulation of Votes on Debtor's Second Amended Plan of Reorganization; (C) Approving the Form and Manner of Notice; and (D) Granting |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Related Relief |
| 32. | 1989 | Law Debenture's Objection to (A) the Debtor's Second Amended and Restated Disclosure Statement and Summary Disclosure Statement; and (B) Proposed Resolicitation Procedures |
| 33. | 2022 | Exhibit(s) to Second Amended and Restated Disclosure Statement (including all attachments thereto) |
| 34. | 2023 | Summary Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code |
| 35. | 2046 | Magten's Designation of the Record and Statement of the Issues on Appeal of Memo Decision Denying Magten's Motion to Disqualify Debtor's Counsel Paul, Hastings, Janofsky & Walker LLP |
| 36. | 2062 | Magten's Objection to the Debtor's Motion Pursuant to Section 105(a), 363(b) and 502(c) of the Bankruptcy Code for Estimation of Magten's Claim and to Establish a Disputed Claim Reserve |
| 37. | 2093 | Debtor's Motion Pursuant to Sections 105(a), 363(b) and 502(c) of the Bankruptcy Code for Estimation of Claims of Law Debenture and to Establish Disputed Claim Reserve (including all attachments thereto) |
| 38. | 2104 | Law Debenture Trust Company of New York's Supplemental Objection to Confirmation of Debtor's Second Amended Plan of Reorganization (including all attachments thereto) |
| 39. | 2105 | Magten's Supplemental Objection to Confirmation of the Debtor's Second Amended and Restated Plan of Reorganization (including all attachments thereto) |
| 40. | 2137 | Law Debenture's Objection to the Debtor's Motion to Estimate the Claims of Law Debenture and to Establish Disputed Claim Reserve (including all attachments thereto) |
| 41. | 2145 | Debtor's Memorandum of Law in Further Support of Confirmation of Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code and in Response to Supplemental Objections to Confirmation |
| 42. | 2201 | Certification of Counsel Seeking Entry of Confirmation Order (including all attachments thereto) |
| 43. | 2272 | Debtor's Notice Confirming Plan Notice of (A) Entry of Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code and (B) Intended Effective Date |
| 44. | 2277 | Magten's Notice of Appeal to the Order Approving the Memorandum of Understanding (Appeal Number 04-112) |
| 45. | 2285 | Magten Objection to Debtor's Notice of Establishment of Claim Reserve Pursuant to Section 7.5 of Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Bankruptcy Code and Paragraph 27 of the Confirmation Order (including all attachments thereto) |
| 46. | 2298 | Stipulation and Order Establishing a Disputed Claims Reserve Between NorthWestern and Law Debenture (including all attachments thereto) |
| 47. | 2328 | Magten's Appellant Designation of Contents for Inclusion in Record on Appeal (A.P. #04-111) from the Order Confirming Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code entered on October 19, 2004 |
| 48. | 2330 | Transcript of Hearing held on October 25, 2004 |
| 49. | 2333 | Magten's Appellant Designation of Items to be Included in the Record on Appeal (A.P. #04-112) and Statement of Issues to be Presented on Appeal from the Order approving the Memorandum of Understanding entered on October 18, 2004 |
| 50. | 2335 | Magten's Amended Designation of Items to be Included in the Record on Appeal and Statement of the Issue to be Presented on Appeal (A.P. #04-111) from the Order Confirming Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code entered on October 19, 2004 |
| 51. | 2427 | Law Debenture Application for Compensation for Payment of Fees and Expenses Pursuant to Plan of Reorganization |
| 52. | 2522 | NorthWestern Objection the Request of Law Debenture for Payment of Fees and Reimbursement of Expenses Pursuant to the Debtor's Plan of Reorganization and Applicable Trust Indenture |
| 53. | 2523 | Affidavit of Karol K. Denniston in connection with NorthWestern's Objection to the Request of Law Debenture for Payment of Fees and Reimbursement of Expenses Pursuant to the Debtor's Plan of Reorganization and Applicable Trust Indenture |
| 54. | 2527 | Magten's Objection to Final Fee Application of Paul Hastings Janofsky & Walker LLP (including all attachments thereto) |
| 55. | 2608 | Law Debenture's Request for Administrative Expenses Pursuant to 11 U.S.C. Section 503 |
| 56. | 2689 | NorthWestern's Certification of Counsel Seeking Entry of Stipulation and Order [Law Debenture] |
| 57. | 2870 | Joinder of Cornerstone Propane Operating LLC to Objection of Ad Hoc Committee of Class 7 Debtholders to Joint Motion of Magten and Law Debenture for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten, and Law Debenture |
| 58. | 2927 | Debtor's Motion for Order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(a) and 8(b) Claims that |

900200.00001/40160168v.1

| No. | Docket No. | Description |
|---|---|---|
|  |  | Voted against Releases; and (II) Disclose Beneficial Holders of Class 8(b) Claims and whether such holder elected Option 1 or Option 2 (including all attachments thereto) |
| 59. | 2943 | Magten's and Law Debenture's Joint Appellant Designation of Contents For Inclusion in Record on Appeal (Joint) of Order Denying Joint Motion of Magten and Law Debenture (Appeal No. 05-21) |
| 60. | 2949 | Response of Law Debenture to Debtor's Motion for order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(A) and 8(B) Claims that Voted Against Releases; and (II) Disclose Beneficial Holders of Class 8(B) Claims and whether such holders Elected option 1 or option 2 |
| 61. | 2950 | Debtor's Notice of Allowed Class 9 Claims under the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 62. | 2961 | Law Debenture's Motion for Leave to File a Reply to Plan Committee's Response and Request for Additional Forms of Relief (including all attachments thereto) |
| 63. | 2964 | Order Granting Law Debenture's Motion for Leave to File a Reply to Plan Committee's Response and Request for Additional Forms of Relief |
| 64. | 2965 | Order Granting Debtor's Motion for Order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(a) and 8(b) Claims that Voted Against Releases; and (II) Disclose Beneficial Holders of Class 8(b) Claims and Whether Such Holder Elected Option 1 or Option 2 |
| 65. | 2969 | Plan Committee's Appellee Designation of Additional Items to be Included in the Record on Appeal and Counter-Statement of the Issues to be Presented on Appeal of Magten and Law Debenture (Appeal No. 05-21) |
| 66. | 2970 | Joinder of Ad Hoc Committee of Class 7 Debtholders to Plan Committee's Designation of Additional Items to be Included in the Record on Appeal and Reformulation of the Issues to be Presented on Appeal of Magten and Law Debenture |
| 67. | 2971, 2972 | NorthWestern's Objection and Exhibit to the Request For Payment of Administrative Expenses By Law Debenture |
| 68. | 2973 | NorthWestern Appellee Designation of Additional Documents for the Record and Objection to Statement of Issues on Appeal for Inclusion in Record of Appeal (Appeal No. 05-21) |
| 69. | 2974 | Magten's Objection to NorthWestern's Notice of Allowed Class 9 Claims under the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (including all attachments thereto) |
| 70. | 2979 | Debtor's Motion for Order Compelling the Depository Trust Company to Distribute Shares to Holders of Allowed Claims in Class 7 pursuant to Second Amended and Restated Plan of |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Reorganization under Chapter 11 of the Bankruptcy Code (including all attachments thereto) |
| 71. | 2988 | Magten's Objection to NorthWestern's Motion for Order Compelling the Depository Trust Company to Distribute Shares to Holders of Allowed Claims in Class 7 pursuant to Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code (including all attachments thereto) |
| 72. | 2990 | Law Debenture Objection to Motion to Compel Depository Trust Company to Distribute Shares to Holders of Allowed Claims in Class 7 |
| 73. | 3003 | Law Debenture's Motion for Leave to File a Reply to the Debtor's Objection to the Law Debenture's Request for Payment of Fees and Reimbursement of Expenses and Law Debenture's Request for Administrative Expenses (including all attachments thereto) |
| 74. | 3013 | Order Granting Law Debenture's Motion for Leave to File a Reply to the Debtor Objection to the Law Debenture's Request For Payment of Fees and Reimbursement of Expenses and Law Debenture's request for Administrative Expenses |
| 75. | 3054 | Ordered that NorthWestern has ten (10) Days to file response to the attached letter (including all attachments thereto) |
| 76. | 3055 | Order with Respect to Final Fee Application of Paul, Hastings, Janofsky & Walker LLP |
| 77. | 3063 | Transcript of May 3, 2005 Hearing |
| 78. | 3076 | Magten Notice of Appeal (Appeal No. 05-38) |
| 79. | 3096 | Magten's Appellant Designation of Contents For Inclusion in Record On Appeal and Statement of the Issues on Appeal from the Order with Respect to Final Fee Application of Paul, Hastings, Janofsky & Walker LLP (Appeal No. 05-38) |
| 80. | 3105 | Debtor's Motion to Compel (A) Master Ballot Agents to Comply with Order Granting Debtors Motion for Order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(a), and 8(b) Claims that Voted Against Releases; and (II) Disclose Beneficial Holders of Class 8(b) Claims and Whether Such Holder Elected Option 1 or Option 2; and (B) Seeking Attorneys Fees and Costs (including all attachments thereto) |
| 81. | 3161 | Magten's Objection to Northwestern's Motions Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Stipulations of Settlement Between Northwestern and (i) Certain Members of the Northwestern Supplemental Income Security Plan, the Northwestern Public Service Company Deferred Compensation Plan for Non-Employee Directors, and the Northwestern Public Service Company Director's Retirement Plan; (ii) Claimants Under the Montana Power Company Benefit Restoration Plan ; (III) Certain Individuals With Retirement or Consulting |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Agreements; and (IV) Certain Members of the Northwestern Cash Balance Supplemental Executive Retirement Plan and the Northwestern Energy Long-Term Incentive Plan |
| 82. | 3169 | Order Authorizing NorthWestern to enter into Stipulations of Settlement with Certain Members of the NorthWestern Supplemental Income Security Plan, the NorthWestern Public Service Company Deferred Compensation Plan for Non-Employee Directors, and the NorthWestern Public Service Company Directors Retirement Plan |
| 83. | 3170 | Order Granting in Part and Denying in Part the Request for Payment of Administrative Expenses by Law Debenture |
| 84. | 3171 | Order Authorizing NorthWestern to Enter Into Stipulation of Settlement with Certain Members of the NorthWestern Corporation Cash Balance Supplemental Executive Retirement Plan and the NorthWestern Energy Executive Long-Term Incentive Plan |
| 85. | 3172 | Order Authorizing Motion for Order authorizing and approving Stipulation of Settlement between NorthWestern Corporation and a Certain Individual with a Retirement Agreement |
| 86. | 3177 | Plan Committee's Motion for Leave to File a Reply to Objection of Magten to NorthWestern's Motions Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Stipulations of Settlement (including all attachments thereto) |
| 87. | 3178 | Motion for Leave to File Northwestern's Reply to Magten's Objection to Northwestern's Motions Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Stipulations of Settlement (including all attachments thereto) |
| 88. | 3180 | Joinder of the Participants of the Montana Power Company Benefit Restoration Plan to Northwestern's Reply to Magten's Objection to Northwestern's Motion Pursuant to Bankruptcy Rule 9019 Authorizing and Approving Settlement Between Northwestern and Participants under the Montana Power Company Benefit Restoration Plan |
| 89. | 3183 | Order Granting Motion for Leave to File Reply to Objection of Magten to NorthWestern's Motions authorizing and approving Stipulations of settlement |
| 90. | 3186 | Law Debenture Notice of Appeal of the Order Granting in Part and Denying in Part the Request for Payment of Administrative Expenses pursuant to 11 U.S.C. § 503 (Appeal #05-55) |
| 91. | 3190 | Magten's Objection to Northwestern's Motions Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreements Between Northwestern Corporation and (I) Kenneth Kovack, as Personal Representative for the Estate of Donald Kovack, Francine Kovack and Diane Kovack; (II) Douglas Nelson and Shila Fisher; and (III) Rebecca Meyer, as Personal Representative for the Estate of Orval Meyer |

| No. | Docket No. | Description |
| --- | --- | --- |
| 92. | 3211 | Law Debenture's Appellant Designation of Contents for Inclusion in Record on Appeal of the Order Granting in Part and Denying in Part the Request for Payment of Administrative Expenses pursuant to 11 U.S.C. § 503 |
| 93. | 3217 | Magten's Omnibus Objection to (A) Northwestern's Motions pursuant to Bankruptcy Rule 9019 Approving Settlement Agreements between Northwestern and (I) Daniel Newell; (II) Milbank, Tweed, Hadley & McCloy LLP; (III) First Interstate Bank and Missoula Parking Commission; and (IV) Richard Hylland; And (B) Amounts of the Claims of Skadden Arps Slate Meagher & Flom, Kurt Whitesel, and Cendant Mobility |
| 94. | 3230 | Plan Committee Motion for Leave to File an Omnibus Reply to Objections of Magten to NorthWestern's Motions Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreements (including all attachments thereto) |
| 95. | 3233 | Order Granting Plan Committee's Motion for Leave to File an Omnibus Reply to Objections of Magten Asset Management Corporation to Northwestern Corporation's Motions Approving Settlement Agreements |
| 96. | 3235 | Magten's Objection to NorthWestern's Motions pursuant to Bankruptcy Rule 9019 approving Settlement Agreements Between NorthWestern and (I) Roger Mohr and Carol Mohr; and (II) James J. Murphy |
| 97. | 3256 | Magten Omnibus Objection to (I) NorthWestern's Motion Pursuant to Bankruptcy Rule 9019 approving Settlement between NorthWestern and Merle Lewis; and (II) NorthWestern's and Netexit, Inc.'s Motion pursuant to Bankruptcy Rule 9019 approving Stipulation between and among NorthWestern, Netexit, Inc. and John Charters |
| 98. | 3281 | Order (A) Compelling Master Ballot Agents to Comply with Order Granting Debtors Motion for Order Compelling Master Ballot Agents to (I) Identify Holders of Classes 7, 8(a), and 8(b) Claims that Voted Against Releases; and (II) Disclose Beneficial Holders of Class 8(b) Claims and Whether Such Holder Elected Option 1 or Option 2; and (B) Seeking Attorneys Fees and Costs (including all attachments thereto) |
| 99. | 3309 | Motion of Franklin Mutual Advisors, LLC and the Plan Committee in Aid of Consummation and Implementation of the Plan for Order (1) Compelling Law Debenture to Instruct Depository Trust Company to Distribute Shares to Holders of Class 8(b) Claims Electing Option 1, and (2) Claims Electing Option 1 and 2 (including all attachments thereto) |
| 100. | 3324 | Magten's Objection to the Joint Motion of Franklin Mutual Advisers, LLC and the Plan Committee in Aid of Consummation and Implementation of the Plan for Order (1) Compelling Law Debenture to Instruct Depository Trust |

900200.00001/40160168v.1

| No. | Docket No. | Description |
|---|---|---|
|  |  | company to Distribute shares to Holders of Class 8(b) Claims Electing Option 1, and (2) Allocating Charging Lien as Between Holders of Class 8(b) claims electing Option 1 and 2 |
| 101. | 3328 | Law Debenture's Objection to the Joint Motion of Franklin Mutual Advisers, LLC and the Plan Committee in aid of Consummation and Implementation of the Plan for Order (1) Compelling Law Debenture to Instruct Depository Trust Company to Distribute Shares to Holders of Class 8(b) Claims Electing Option 1, and (2) Allocating Charging Lien as Between Holders of Class 8(b) Claims Electing Option 1 and 2 (including all attachments thereto) |
| 102. | 3346 | Transcript of Hearing held on October 19, 2005 before the Honorable John L. Peterson |
| 103. | 3380 | Order Approving Settlement by and among NorthWestern Corporation, Netexit, Inc. and Certain Claimants (including all attachments thereto) |
| 104. | 3404 | Joinder of NorthWestern Corporation to the Joint Motion of Franklin Mutual Advisers, LLC and the Plan Committee in Aid of Consummation and Implementation of the Plan for Order (1) Compelling Law Debenture to Instruct Depository Trust Company to Distribute Shares to Holders of Class 8(b) Claims Electing Option 1, and (2) Allocating Charging Lien As Between Holders of Class 8(b) Claims Electing Option 1 and 2 |
| 105. | 3439 | Order on NorthWestern's Motion for Order Canceling Certain Securities in Aid of Consummation and Implementation of the Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code |
| 106. | 3444 | Notice of Appeal filed by Ad Hoc Committee of Class 7 Debtholders (Appeal #06-14) (including all attachments thereto) |
|  | **04-53324** |  |
| 107. | 5 | NorthWestern's Motion and Supporting Brief to Dismiss the Complaint of Magten and Law Debenture |
| 108. | 15, 16, 20 | Magten's and Law Debenture's Objection and Memorandum of Law in Support of the Objection to the Motion of NorthWestern to Dismiss the Complaint Seeking to Avoid the Fraudulent Transfer (including all attachments thereto) |
| 109. | 18 | Reply of NorthWestern's Memorandum in Further Support of its Motion to Dismiss the Complaint of Magten and Law Debenture |
| 110. | 24 | Motion of Law Debenture to Supplement Record Regarding Debtor's Motion to Dismiss (including all attachments thereto) |
| 111. | 28, 29 | Debtor's Motion for Leave and Memorandum of Law in Support of to Dismiss in Part the First Amended Complaint (including attachments thereto) |
| 112. | 32 | Magten's and Law Debenture's Objection and Memorandum of |

| No. | Docket No. | Description |
|---|---|---|
|  |  | Law in Opposition to Debtor's Motion to Dismiss in Part First Amended Complaint (including all attachments thereto) |
| 113. | 33 | Debtor's Notice of Completion of Briefing regarding Motion to Dismiss in Part the First Amended Complaint of Magten and Law Debenture |
| 114. | 36, 38 | Magten's and Law Debenture's Motion and Memorandum of Law in Support of Motion for Withdrawal of Reference to Bankruptcy Court and for Consolidation with Civil Action Number 04-1256 Pending in this District (including all attachments thereto) |
| 115. | 39 | Magten's and Law Debenture's Motion and Memorandum of Law in Support of Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference to Bankruptcy Court (including all attachments thereto) |
| 116. | 49 | Reply to Response of NorthWestern to Motion to Withdraw the Reference to Bankruptcy Court and for Consolidation with Civil Action Number 04-1256 pending in this District (including all attachments thereto) |
|  | **05-50866** |  |
| 117. | 7 | Motion to Dismiss Adversary Proceeding, or in the Alternative, Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order filed by Brian B. Bird, Gary G. Drook, Michael J. Hanson, Thomas J. Knapp and NorthWestern (including all attachments thereto) |
| 118. | 9 | Response to and Memorandum of Law of Magten and Law Debenture to Defendant's Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint (including all attachments thereto) |
| 119. | 10 | Affidavit/Declaration of Service of Gary Kaplan filed by Magten and Law Debenture (including all attachments thereto) |
| 120. | 12 | Reply Brief of Gary G. Drook, Michael J. Hanson, Thomas J. Knapp, NorthWestern Corporation, Roger P. Schrum in Further Support of Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint |
| 121. | 13 | Joinder of The Plan Committee in Support of Northwestern's Reply Brief in Further Support of Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint |
| 122. | 16 | Letter filed by Magten |
| 123. | **District Court 04-1389** | All docket entries |
| 124. | **District Court** | All docket entries |

11

900200.00001/40160168v.1

| No. | Docket No. | Description |
|---|---|---|
|  | **04-1494** |  |
| 125. | **District Court 04-1256** | All docket entries |
| 126. | **District Court 05-499** | All docket entries |

Dated:  February 27, 2006

BLANK ROME LLP

*[signature]*

Dale Dubé (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

- and -

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000

Counsel for Magten Asset Management
Corporation


SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Telephone:    (302) 652-8400
Facsimile:     (302) 652-8405

900200.00001/40160168v.1

- and -

NIXON PEABODY LLP
John V. Snellings (BBO No. 548791)
Francis C. Morrissey (BBO No. 567589)
Lee Harrington (BBO No. 548791)
100 Summer Street
Boston, MA 02110
Telephone:   (617) 345-1201
Facsimile:   (866) 947-1732

Counsel for Law Debenture Trust Company
of New York

13

900200.00001/40160168v.1