# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (KJC) |
| | : |
| Debtor. | : |
| | : |
| PLAN COMMITTEE, | : Civil Case No. 06-157 (JJF) |
| | : |
| Appellant, | : |
| | : |
| v. | : |
| | : |
| NORTHWESTERN CORPORATION, MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, | : : : |
| | : |
| Appellees. | |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire of Greenberg Traurig, LLP as counsel for Appellee, Northwestern Corporation.

Dated: March 20, 2006        GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE  19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 20th day of February, 2006, a true and correct copy of the *Notice of Appearance* was served upon the parties listed below via First Class, United States Mail.

>Kathleen Miller, Esq.
>Smith Katenstein & Furlow
>The Corporate Plaza
>800 Delaware Avenue
>Wilmington DE 19801
>
>Elio Battista, Esq.
>Blank Rome LLP
>1201 North Market Street, Suite 800
>Wilmington DE 19801
>
>Eric M. Sutty, Esq.
>The Bayard Firm
>222 Delaware Avenue, Suite 900
>Wilmington DE 19801

Dated: March 20, 2006         /s/ Victoria W. Counihan
                              Victoria W. Counihan (No. 3488)
                              GREENBERG TRAURIG, LLP
                              The Nemours Building
                              1007 North Orange Street, Suite 1200
                              Wilmington, DE 19801
                              (302) 661-7000