IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | |
| Debtor. | : | Case No. 03-12872 (KJC) |
| | : | |
| THE PLAN COMMITTEE OF NORTHWESTERN CORPORATION, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 06-157 (JJF) |
| NORTHWESTERN CORPORATION, | : | |
| Appellee. | : | |

## JOINDER OF NORTHWESTERN CORPORATION TO MOTION OF PLAN COMMITTEE FOR RELIEF FROM THE STANDING ORDER ON MEDIATION IN THIS APPEAL AND FOR EXPEDITED BRIEFING AND ORAL ARGUMENT

NorthWestern Corporation ("NorthWestern"), by and through its undersigned counsel, hereby joins in the *Motion of the Plan Committee for Relief from the Standing Order on Mediation in this Appeal and for Expedited Briefing and Oral Argument* (the "Motion").

In connection with this joinder, NorthWestern has reviewed the *Response of Magten Asset Management Corporation and Law Debenture Trust Company of New York to the Motion of the Plan Committee For Relief From the Standing Order on Mediation in this Appeal and For Expedited Briefing and Oral Argument* ("Response"). While NorthWestern does not agree, much less, join in, the factual allegations set forth in either the Motion or the Response,

NorthWestern has noted that the Plan Committee, Magten[1] and Law Debenture (together with NorthWestern, collectively, the "Parties") all agree that mediation would not be a productive use of the Parties' time and that mandatory mediation, as provided for under the July 23, 2004 Standing Order is not likely "to assist the parties to amicably resolve the disputes which are the subject of appeal before this Court."

Because there is agreement among the Parties that the Motion should be granted as to the request for relief from the Standing Order and that the Parties may proceed to briefing and thereafter, oral argument, on a date as may be determined by this Court, NorthWestern submits that such relief is wholly appropriate under the circumstances.

With respect to the Plan Committee's request to expedite the briefing schedule and oral argument on the appeal, NorthWestern joins the Plan Committee in its request for this relief. The legal issues that are the subject of the appeal are well known to the Parties and were extensively briefed and argued when the Surplus Distribution Motion was presented to the Bankruptcy Court. Consequently, no party to this appeal will be prejudiced if this Court were to enter an order providing for briefing and oral argument on an expedited basis.

Moreover, it is in NorthWestern's best interests, as a reorganized debtor, that all matters relating to the Plan, its implementation and the distributions provided for therein be presented to this Court and resolved as quickly as possible. NorthWestern submits that expediting the briefing schedule and oral argument in this appeal will bring these matters to closure sooner, rather than later, and the Parties will benefit from an expedited briefing schedule and oral argument. Because expediting this appeal would permit this Court to simultaneously

---

[1] All capitalized terms used herein but not otherwise defined shall have the meaning ascribed to such terms in the Motion.

hear all matters related to the dispute among NorthWestern, Magten and Law Debenture and, thus, would resolve the final remaining issue preventing closure of the NorthWestern bankruptcy case, NorthWestern joins the Plan Committee's request for expedited briefing and oral argument on this appeal.

WHEREFORE, for the reasons stated above and by the Plan Committee in the Motion, NorthWestern joins the Motion and respectfully requests that this Court enter an order granting the Motion and such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
      March 23, 2006

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP
600 Peachtree Street
Suite 2400
Atlanta, GA 30308
Jesse H. Austin, III
Karol K. Denniston
Telephone: (404) 815-2400

- and -

GREENBERG TRAURIG, LLP

Victoria Watson Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000

*Counsel for NorthWestern Corporation*

## CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 23rd day of March, 2006, a true and correct copy of the *JOINDER OF NORTHWESTERN CORPORATION TO MOTION OF PLAN COMMITTEE FOR RELIEF FROM THE STANDING ORDER ON MEDIATION IN THIS APPEAL AND FOR EXPEDITED BRIEFING AND ORAL ARGUMENT* was served upon the parties listed below in the manner indicated.

| VIA HAND DELIVERY: | VIA FACSIMILE AND FIRST CLASS MAIL: |
|---|---|
| Kathleen Miller, Esq.<br>Smith Katenstein & Furlow<br>The Corporate Plaza<br>800 Delaware Avenue<br>Wilmington DE 19801 | Alan Kornberg, Esq.<br>Margaret Phillips, Esq.<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York NY 10019<br>Fax: 212-757-3990 |
| Elio Battista, Esq.<br>Blank Rome LLP<br>1201 North Market Street, Suite 800<br>Wilmington DE 19801 | Bonnie Steingart, Esq.<br>Gary Kaplan, Esq.<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York NY 10004<br>Fax:212-859-4000 |
| Eric M. Sutty, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington DE 19801 | John Snellings, Esq.<br>Amanda Darwin, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston MA 02110<br>Fax: 866-947-1732 |

Dated: March 23, 2006

Victoria W. Counihan (No. 3488)
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000