## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| NORTHWESTERN CORPORATION, | ) ) | Case No. 03-12872 (KJC) |
| Debtor. | ) ) ) | |
| THE PLAN COMMITTEE OF NORTHWESTERN CORPORATION, | ) ) ) ) | |
| Appellant, | ) ) | Civil Action No. 06-157 (JJF) |
| v. | ) ) | |
| NORTHWESTERN CORPORATION, | ) ) | |
| Appellee. | ) ) ) | |

## NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT

On March 10, 2006, the Plan Committee appointed in the above-captioned chapter 11 case of NorthWestern Corporation filed the Motion of the Plan Committee for Relief from the Standing Order on Mediation in this Appeal and for Expedited Briefing and Oral Argument (the "Motion") [Docket No. 5].

On March 20, 2006, Magten Asset Management Corporation and Law Debenture Trust Company of New York filed its Response to the Motion [Docket No. 7].

On March 23, 2006, NorthWestern Corporation filed its Joinder to the Motion [Docket No. 8].

Pursuant to Federal Rule of Bankruptcy Procedure 8011(a), the briefing related to the Motion has been completed.

Dated: March 24, 2006

THE BAYARD FIRM

By: _____

Neil Glassman (#2087)
Charlene D. Davis (#2336)
Eric M. Sutty (#4007)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
(302) 650-5000

and

PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON LLP
Alan W. Kornberg
Margaret A. Phillips
Ephraim I. Diamond
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Attorneys for the Plan Committee

## CERTIFICATE OF SERVICE

I, Eric M. Sutty, do hereby certify that on this 24th day of March, 2006, I caused a true and correct copy of the attached **Notice of Completion of Briefing and Request for Oral Argument** to be served on the attached service list via hand delivery to local parties and via U.S. First Class mail to all remaining parties.

Eric M. Sutty (No. 4007)

621187v1

# North Western Corp.

## Service List

Alan W. Kornberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York   NY   10019-6064
*Counsel to Plan Committee*

Victoria Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
Suite 1200
The Nemours Building
1007 North Orange Street
Wilmington   DE   19801
*Counsel for Debtor*

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-fourth Floor
Atlanta   GA   30308-2222
*Counsel for Debtor*

Mark  Kenney, Esquire
Office of the United States Trustee
Suite 2313
844 King Street
Wilmington   DE   19801

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street
Sutie 600
Wilmington   DE   19801
*Avista Energy Inc.*

Mark J Packel, Esq.
Dale R. Dube, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington   DE   19801
*Magten Asset Management Corp.*

Gary L. Kaplan, Esq.
Brad Eric Scheler, Esq.
Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York   NY   10004
*Magten Asset Management Corp.*

Amanda D. Darwin, Esq.
John V.  Snellings, Esq.
Lee  Harrington, Esq.
Nixon Peabody LLP
100 Summer Street
Boston   MA   02110-1832
*Law Debenture Trust Company of NY*

Kathleen M. Miller , Esq.
David A. Jenkins, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
7th Flr.
P.O. Box 410
Wilmington   DE   19899
*Magten Asset Management Corp.*

Phillip Bentley, Esq.
Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York   NY   10036