THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Bankr. Case No. 03-12872 |
| | : | AP No. 06-13 |
| NORTHWESTERN CORPORATION, | : | AP No. 06-14 |
| | : | |
| THE PLAN COMMITTEE OF | : | |
| NORTHWESTERN CORPORATION, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | C.A. No. 06-157 (JJF) |
| | : | |
| NORTHWESTERN CORPORATION, | : | |
| | : | |
| Appellee. | : | |
| | : | |
| AD HOC COMMITTEE OF CLASS 7 DEBT HOLDERS, | : | |
| | : | |
| Appellant, | : | |
| v. | : | C.A. NO. 06-158 (JJF) |
| | : | |
| NORTHWESTERN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |

**NOTICE OF PAPER FILING OF APPELLEES' JOINTLY
DESIGNATED DOCUMENTS FOR RECORD ON APPEAL**

PLEASE TAKE NOTICE that Appellees, Magten Asset Management Corporation and Law Debenture Trust Company of New York, by and through the undersigned counsel, filed by conventional filing with the Court thirteen (13) binders containing *Documents Designated by Magten Asset Management Corporation's and Law Debenture Trust Company of New York's Joint Designation of Additional Items to be Included in the Record on Appeal* on March 29, 2006.

113397.00601/40157893v.1

Dated: March 29, 2006

BLANK ROME LLP

*Dale R. Dubé*

Dale Dubé (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464

- and -

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Counsel for Magten Asset Management
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2006, I served by electronic filing the NOTICE OF CONVENTIONAL FILING using CM/ECF which will send notification of such filing(s) to the following:

Kathleen M. Miller, Esquire
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Adam G. Landis, Esq.
LANDIS RATH & COBB
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

I also certify that, on this 29th day of March, 2006, I served the aforementioned document, by e-mail and, upon the following non-registered participants:

Alan W. Kornberg
Kelley A. Cornish
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

John V. Snellings
Francis C. Morrissey
Lee Harrington
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110-2131

Philip Bentley, Esq.
Matthew J. Williams, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL
 LLP
1177 Avenue of the Americas
New York, NY 10036

Steven J. Reisman
Joseph D. Pizzurro
Nancy E. Delaney
Miriam K. Harwood
CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061

Neil B. Glassman
Charlene D. Davis
Eric M. Sutty
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Jesse H. Austin, Esq.
Karol K. Denniston, Esq.
PAUL, HASTINGS, JANOFSKY &
 WALKER, LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

_____
Dale R. Dubé  (I.D. No. 2863)