IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>     Reorganized Debtor, | Chapter 11<br><br>Case No. 03-12872(KJC) |
| THE PLAN COMMITTEE OF<br>NORTHWESTERN CORPORATION,<br>     Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, et al.,<br>     Appellees. | Civil Action No. 06-157 |
| AD HOC COMMITTEE OF CLASS 7<br>DEBTHOLDERS,<br>     Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION, et al.,<br>     Appellees. | Civil Action No. 06-158 |

**JOINDER OF AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS TO
THE OPENING BRIEF OF APPELLANT, THE PLAN COMMITTEE**

    An ad hoc group of creditors (the "Ad Hoc Committee"),[1] holding undisputed Class 7 Claims against the above-captioned reorganized debtor (the "Debtor"), in support of its appeal of the order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered on February 7, 2006 ( the "Order") [App. Des. No. 92] denying the

---

[1] The members of the Ad Hoc Committee are Avenue Capital Management, Drawbridge Special Opportunities Advisors LLC, Franklin Mutual Advisers, LLC, Greenwich International Ltd., Harbert Distressed Investment Master Fund, Ltd., Nationwide Life Insurance Company, Nationwide Mutual Insurance Company, P. Schoenfeld Asset Management LLC, and Trilogy Capital LLC.

525.001-12109.DOC

Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions (the "Surplus Distribution Motion") [App. Des. No. 73] to which the Ad Hoc Committee joined [App. Des. No. 76] respectfully states as follows:

1.  The Ad Hoc Committee joins (the "Joinder") the Opening Brief of Appellant, the Plan Committee filed on April 26, 2006 at Docket Number 13 in Civil Action No. 06-157 ("Opening Brief").

2.  The Ad Hoc Committee has reviewed the Opening Brief and concurs with the arguments set forth therein in support of the reversal of the Order and incorporates the Opening Brief by reference herein.

3.  The Ad Hoc Committee reserves all rights to amend or supplement this Joinder.

4. Wherefore, the Ad Hoc Committee respectfully requests that this Court reverse the Bankruptcy Court's Order and grant such other relief as is just and proper.

Dated: April 26, 2006

LANDIS RATH & COBB LLP

*/s/ signature*

Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kerri K. Mumford (No. 4186)
Rebecca L. Butcher (No. 3816)
919 Market Street, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley
Matthew J. Williams
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

Attorneys for Ad Hoc Committee of Class 7 Debtholders

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, Esquire hereby certify that on April 26, 2006, a true and correct copy of the foregoing Joinder of Ad Hoc Committee of Class 7 Debtholders to the Opening Brief of Appellant, the Plan Committee was caused to be served on the attached list via hand delivery in the City of Wilmington and via U.S. First Class mail, postage paid for the remainder:

                                                Rebecca L. Butcher, Esquire (#3816)

525.001-12109.DOC

# NORTHWESTERN CORPORATION

(Counsel to the Ad Hoc Committee)
Philip Bentley, Esq.
Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

(Counsel to the Plan Committee)
Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Ephraim I. Diamond, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

(Counsel to the Plan Committee)
Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

(Counsel to the Appellees)
Jesse H. Austin, Esq.
Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

(Counsel to the Appellees)
Victoria W. Counihan, Esq.
Dennis Merlo, Esq.
Greenberg Traurig LLP
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

(Counsel to Magten Asset Management Corp)
Bonnie K. Steingart, Esq.
Gary L. Kaplan, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

(Counsel to Magten Asset Management Corporation)
Mark J. Packel, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

(Counsel to Law Debenture Trust Company of New York)
John V. Snellings, Esq.
Amanda D. Darwin, Esq.
Lee Harrington, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

(Counsel to Law Debenture Trust Company of New York)
Kathleen M. Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899-0410