IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> NORTHWESTERN CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 03-12872 (KJC) |
| THE PLAN COMMITTEE<br>OF NORTHWESTERN CORPORATION,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Appellee. | Civil Action No. 06-157 (JJF) <br><br> **Oral Argument Requested** |

## NOTICE OF COMPLETION OF BRIEFING

In accordance with this Court's Memorandum Order entered April 11, 2006, setting forth the briefing schedule, the Plan Committee of NorthWestern Corporation, appellant in the above-captioned action, by its attorneys, hereby notifies the Court that briefing on its appeal of the order of the United States Bankruptcy Court for the District of Delaware entered on February 2, 2006, denying the Motion of the Plan Committee in Aid of Consummation and Implementation of the Plan for Order Authorizing and Directing NorthWestern Corporation to Distribute Surplus Distributions (the "Surplus Distribution Motion") is complete.

On April 26, 2006, the Plan Committee filed its Opening Brief [Docket No. 13].

626380v1

On April 26, 2006, the Ad Hoc Committee of Class 7 Debtholders filed its Joinder to the Opening Brief of Appellant, the Plan Committee [Docket No. 14].

On May 11, 2006, the Appellees Magten Asset Management Corporation and Law Debenture Trust Company of New York filed their Answering Brief [Docket No. 16]

On May 11, 2006, the Appellee NorthWestern Corporation filed its Response to Appellant's Opening Brief [Docket No. 17]

On May 22, 2006, the Plan Committee filed its Reply Brief to (I) the Answering Brief of Appellees Magten Asset Management Corporation and Law Debenture Trust Company of New York and (II) NorthWestern Corporation's Response to Appellant's Opening Brief [Docket No. 18]

On May 25, 2006, Ad Hoc Committee of Class 7 Debtholders filed it Joinder to the Reply Brief of Appellant [Docket No. 19]

Pursuant to Federal Rule of Bankruptcy Procedure 8011(a), the briefing related to the Surplus Distribution Motion has been completed.

Dated: May 25, 2006

THE BAYARD FIRM

By: /s/ Eric M. Sutty
Neil Glassman (#2087)
Charlene D. Davis (#2336)
Eric M. Sutty (#4007)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, Delaware 19899
Telephone: (302) 650-5000

- and -

626380v1

PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
Alan W. Kornberg
Margaret A. Phillips
Ephraim I. Diamond
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

Attorneys for the Plan Committee

626380v1

## CERTIFICATE OF SERVICE

      I, Eric M. Sutty, do hereby certify that on this 24th day of May, 2006, I caused a true and correct copy of the attached **Notice of Completion of Briefing and Request for Oral Argument** to be served on the attached service list via hand delivery to local parties and via U.S. First Class mail to all remaining parties.

                                          Eric M. Sutty (No. 4007)

626392v1

# North Western Corp.

## Service List

Alan W. Kornberg, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York   NY   10019-6064

Victoria Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
Suite 1200
The Nemours Building
1007 North Orange Street
Wilmington   DE   19801

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Twenty-fourth Floor
Atlanta   GA   30308-2222
*Counsel for Debtor*

Mark Kenney, Esquire
Office of the United States Trustee
Suite 2313
844 King Street
Wilmington   DE   19801

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street
Sutie 600
Wilmington   DE   19801

Dale R. Dube, Esq.
Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington   DE   19801
*Magten Asset Management Corp.*

Bonnie Steingart, Esq.
Gary L. Kaplan, Esq.
John W. Brewer, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York   NY   10004

John V. Snellings, Esq.
Francis C. Morrissey, Esq.
Lee Harrington, Esq.
Nixon Peabody LLP
100 Summer Street
Boston   MA   02110-1832

Kathleen M. Miller, Esq.
David A. Jenkins, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
7th Flr.
P.O. Box 410
Wilmington   DE   19899

Phillip Bentley, Esq.
Matthew J. Williams, Esq.
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York   NY   10036

Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Nancy E. Delaney, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York   NY   10178-0061