IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | |
| | : | |
| Reorganized Debtor. | : | Case No. 03-12872 (KJC) |

| | | |
|---|---|---|
| THE PLAN COMMITTEE OF NORTHWESTERN CORPORATION, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 06-157-JJF |
| NORTHWESTERN CORPORATION, et al., | : | |
| Appellees. | : | |

| | | |
|---|---|---|
| AD HOC COMMITTEE OF CLASS 7 DEBTHOLDERS, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 06-158-JJF |
| NORTHWESTERN CORPORATION, et al., | : | |
| Appellees. | : | |

**FINAL ORDER**

At Wilmington, this 2 day of March 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the February 2, 2006 Order of the Bankruptcy Court denying the Plan Committee's Motion In Aid Of Consummation And Implementation Of The Plan For Order Authorizing And Directing Northwestern Corporation To Distribute Surplus

Distributions is **REVERSED** and **REMANDED** for further findings and/or proceedings consistent with the accompanying Memorandum Opinion.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE