## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>    Reorganized Debtor. | Chapter 11<br><br>Case No. 03-12872 (KJC) |
| THE PLAN COMMITTEE OF<br>NORTHWESTERN CORPORATION,<br><br>    Appellant,<br><br>    v.<br><br>NORTHWESTERN CORPORATION, *et al.*,<br><br>    Appellees. | Civil Action No. 06-00157 - JJF |
| AD HOC COMMITTEE OF CLASS 7<br>DEBTHOLDERS,<br><br>    Appellant,<br><br>    v.<br><br>NORTHWESTERN CORPORATION, *et al.*,<br><br>    Appellees. | Civil Action No. 06-00158 - JJF |

### JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Magten Asset Management Corporation and Law Debenture Trust Company of New York, appellees in the above-captioned civil actions, appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Final Order of the United States District Court for the District of Delaware entered on March 6, 2007 [D.I. 21 & 22, Civil Action No. 06-00157; D.I. 12 & 13, Civil Action No. 06-00158], reversing and remanding the

120087.01600/40168106v.1

February 2, 2006 Order of the Bankruptcy Court denying the Plan Committee's Motion In Aid of Consummation And Implementation Of The Plan For Order Authorizing And Directing Northwestern Corporation To Distribute Surplus Distributions.

Dated: April 3, 2007

**BLANK ROME LLP**

*/s/ David W. Carickhoff, Jr.*
Bonnie Glantz Fatell (DE No. 3809)
Dale R. Dubé (DE No. 2863)
David W. Carickhoff, Jr. (DE No. 3715)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile:   (302) 425-6464

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile:   (212) 859-4000

Counsel for Magten Asset Management Corporation

**AND**

SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen M. Miller (DE No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

-and-

**NIXON PEABODY LLP**
John V. Snellings
Amanda Darwin
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1201
Facsimile: (866) 947-1732

Counsel for Law Debenture Trust Company
of New York

120087.01600/40168106v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, I served by hand delivery and electronic filing the JOINT NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, using CM/ECF which will send notification of such filing(s) to the following:

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

I also certify that, on this 3rd day of April, 2007, I served the aforementioned document, by e-mail and Federal Express, upon the following participants:

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
Paul Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Philip Bentley, Esquire
Matthew J. Williams, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

/s/ David W. Carickhoff, Jr.
David W. Carickhoff, Jr. (DE No. 3715)