# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

| District Court | District of Delaware | Court of Appeals Docket No. | |
|---|---|---|---|
| | | District Court Docket No. | 06-157-JJF |

Short Case Title  The Plan Committee of NorthWestern Corp. v. NorthWestern Corp., et al.

Date Notice of Appeal Filed by Clerk of District Court  April 3, 2007

---

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:

TRANSCRIPT:

[X] None

[ ] Unnecessary for appeal purposes.

[ ] Already on file in the District Court Clerk's office.

[ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

[ ] Voir dire;   Opening statement of  [ ] plaintiff   [ ] defendant

Closing argument of  [ ] plaintiff   [ ] defendant

[ ] Jury instructions   [ ] Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

[ ] Criminal Justice Act (Attach copy of CJA form 24)

[ ] Motion for transcript has been submitted to District Court Judge

[ ] Private Funds

| | | | |
|---|---|---|---|
| Signature | /s/ David W. Carickhoff | Date | 4/9/07 |
| Print Name | David W. Carickhoff, Jr. | Counsel for | Magten Asset Management Corp. |
| Address | Blank Rome LLP, 1201 Market St., Suite 800, Wilmington, DE 19801 | Telephone | (302) 425-6434 |

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

[ ] Arrangements for payment were made on _____

[ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
Date              (Name of Court Reporter)   Telephone

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

_____                              _____
Date                                        Signature of Court Reporter

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2007, I served by hand delivery and electronic filing the TRANSCRIPT PURCHASE ORDER FOR THIRD CIRCUIT COURT OF APPEALS, using CM/ECF which will send notification of such filing(s) to the following:

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Rebecca L. Butcher, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

I certify that, on this 9th day of April, 2007, I served the aforementioned document, by e-mail and First Class Mail, upon the following participants:

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
Paul Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Philip Bentley, Esquire
Matthew J. Williams, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam K. Harwood, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

I also certify that, on this 9th day of April, 2007, I sent a copy of the aforementioned document, by Federal Express, to:

U. S. Court of Appeals for the Third Circuit
601 Market Street\Room 21400
Philadelphia, PA 19106-1790

David W. Carickhoff, Jr. (DE No. 3715)