# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

District Court **of Delaware**

Court of Appeals Docket No. _____

District Court Docket No. **06-157**

Short Case Title **Plan Committee v. Northwestern**

Date Notice of Appeal Filed by Clerk of District Court **3/30/07**

---

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Complete one of the following and serve ALL COPIES:

TRANSCRIPT:

- [ ] None
- [x] Unnecessary for appeal purposes.
- [ ] Already on file in the District Court Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire;
- Opening statement of [ ] plaintiff [ ] defendant
- Closing argument of [ ] plaintiff [ ] defendant
- [ ] Jury instructions
- [ ] Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to District Court Judge
- [ ] Private Funds

Signature _[signed]_   Date **4/2/07**

Print Name **Dennis A. Meloro**   Counsel for **Northwestern Corp.**

Address **1007 N Orange St, Ste 1200, Wilmington DE 19801**   Telephone **302-661-7000**

---

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
Date   (Name of Court Reporter)   Telephone

---

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

_____   _____
Date   Signature of Court Reporter

## CERTIFICATE OF SERVICE

    I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Northwestern Corporation and hereby certify that on the 9th day of April 2007, I caused copies of the *Transcript Purchase Order* to be served upon the parties listed below via U.S. Mail.

Dated: April 9, 2007

/s/ Dennis A. Meloro
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801

Dale Dube, Esq.
David Carickhoff, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington DE 19801
(Magten)

Bonnie Steingart, Esq.
John W. Brewer, Esq.
Gary L. Kaplan, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York NY 10004
(Magten)

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Ad Hoc Comm of Cl 7 Debtholders-
Case No. 06-158)

Adam Landis, Esq.
Kerri Mumford, Esq.
Landis Rath & Cobb
919 Market Street, Suite 600
Wilmington DE 19801
(Ad Hoc Comm of Cl 7 Debtholders-Case No. 06-158)

Eric Michael Sutty
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(Plan Committee)

Alan W. Kornberg, Esq.
Ephraim I. Diamond
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019