```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

IN RE:                          :
                                : Chapter 11
NORTHWESTERN CORPORATION,       :
                                :
        Reorganized Debtor.     : Case No. 03-12872 (KJC)
                                :
_____:_____

THE PLAN COMMITTEE OF           :
NORTHWESTERN CORPORATION,       :
                                :
        Appellant,              :
                                :
    v.                          : Civil Action No. 06-157-JJF
                                :
NORTHWESTERN CORPORATION, et    :
al.,                            :
                                :
        Appellees.              :
_____:_____

AD HOC COMMITTEE OF CLASS 7     :
DEBTHOLDERS,                    :
                                :
        Appellant,              :
                                :
    v.                          : Civil Action No. 06-158-JJF
                                :
NORTHWESTERN CORPORATION, et    :
al.,                            :
                                :
        Appellees.              :
```

### ERRATA ORDER

WHEREAS, the Court issued an Opinion (D.I. 21) dated March 2, 2007, in the above-captioned cases which requires correction;

NOW THEREFORE, IT IS HEREBY ORDERED that the last sentence of the first paragraph on the first page of the decision is changed to read as follows:

> For the reasons set forth below, the Court will reverse the decision of the Bankruptcy Court and remand this

matter to the Bankruptcy Court for further findings and/or proceedings consistent with this Memorandum Opinion.

| | |
|---|---|
| May 22, 2007<br>DATE | [signature]<br>UNITED STATES DISTRICT JUDGE |